**Nigel Max Edge**

V.

Kellie Pickler

Case No.#7:25-CV-370-BO

**Motion**

**Support**

Further discoveries support this case. Entail the overlooked anagrams within the defendant's and former defendant's husband's names revealed below.

### Anagrams following LGBQT code throughout this case

### Kellie Pickler- "Kill-a-real-dick(phenetic)

### Kyle Jacobs-Kill-a(or kill all) Cash-on-Delivery

The night of the CMA's the plaintiff recall's conversations joking about this matter, however, was unaware of motives that would prompt behavior like this towards the plaintiff. However, in the discovery of the explained LGBQT "Civil Conspiracy" responsible for "Human Trafficking" the plaintiff it follows in suit with LGBQT Code, strengthening this case as well.