# ARTICLE #1



**LGBQT translate- "Yal-gays" IDAHO-I the ho (or) I D(relating to intercourse) a ho**



**KELLIE PICKLER'S DATE TO THE CMT AWARDS WAS A SOLDIER WOUNDED IN IRAQ**
Jackie | Published June 8, 2012

June 8th 2012- 86(murder) 0(ring) 122(now suicide)

KELLIE PICKLER brought a handsome date to Wednesday's CMT Awards . . . but he wasn't her husband, Kyle Jacobs. His name is Sgt. Sean DeBevoise, and he's a Marine who was wounded in Iraq back in 2006.

Kellie Tweeted a picture of them at the show on Wednesday . . . and wrote, quote, "Me and my date."

She "Tweeted" because survivors like the plaintiff are called "yellowbirds"

Kellie met Sgt. DeBevoise at a charity event in North Carolina, and he invited her to the Hope For Our Heroes, Got Heart, Give Hope Gala, which went down last month in Washington D.C. Kellie couldn't make it so she invited him to the CMT Awards.

"Team kill" referring to LGBQT

Sgt. DeBevoise story is pretty compelling. He was wounded in combat several times . . . and at one point was told he'd never walk again. He proved everybody wrong.

ALL-GAY

Filed Under: CMT Music Awards, date, kellie pickler

Categories: Country Music News

Read More: Kellie Pickler's Date to the CMT Awards Was a Soldier Wounded in Iraq | https://kezj.com/kellie-picklers-date-to-the-cmt-awards-was-a-soldier-wounded-in-iraq/?utm_source=tsmclip&utm_medium=referral

ARTICLE #2



People have been treating the plaintiff like a "Dog" notice the picture doesn't include Kellie or Nigel

Rusty my service dog was POISONED after this event (dead now), he was trying to tell me something(protect) to me in this picture

It was a blink-and-you'll-miss-it moment during the 2012 CMT Music Awards on Wednesday (June 6). Who was the Marine seated next to Kellie Pickler? He certainly isn't her husband Kyle -- did she bring someone back from her recent USO trip?

Pickler tweeted a picture of her escort for the night with little detail. "Me and my date (Sgt Sean Debevoise)...." she said shortly before the broadcast began.

Sgt. Sean DeBevoise, a Marine who was severely wounded during a 2006 deployment to Iraq, walked the red carpet with Pickler. He brought along his service dog Rusty, who was more than playful as the trio made media rounds.

"I am esctatic about being here at the CMT Music Awards with Kellie," DeBevoise said Wednesday night, "even more to consider her a friend. She is the most sincere person I know. She is an angel."

The Marine, a Wilmington, N.C. native, was a part of two separate IED attacks, in addition to a separate incident in which a bullet shrapnel lodged in his head. He suffered nerve damage after the AK-47 peppered his body. In an article for the Wilmington Star, the then-22-year-old Marine is shown holding a model skull that illustrates the part that was removed to allow his brain to swell. He was told he'd never walk again, but proved doctors wrong once he transferred to the New Hanover Regional Medical Center.

[annotation: Down-low 22 (suicide) — pointing to "then-22-year-old Marine"]

Featured Advertising

According to a press release, Pickler met the now retired military man at a recent charity event in North Carolina, and he invited her to the Hope For Our Heroes, Got Heart, Give Hope Gala. Pickler had to decline -- as she was flying out for her fifth USO tour -- but invited him to the CMT Music Awards instead. She's always been a staunch supporter of the troops, because in her words, "It takes a very special person to sacrifice everything.

"When I say 'everything,' I don't mean just their time, I mean their life. Everything!" she continued. "Their family, their kids, their loved ones. You sacrifice every thing to put your life on the line for us, and it's such a great, honorable, heroic thing … We have to raise our glass to them and keep them all in our prayers and always say thank you."

SEE A FULL LIST OF 2012 CMT MUSIC AWARDS WINNERS

**MORE FROM TASTE OF COUNTRY**

**Read More:** Kellie Pickler Brings Wounded Marine as Her Date to the 2012 CMT Music Awards | https://tasteofcountry.com/kellie-pickler-cmt-awards-date-wounded-marine/?utm_source=tsmclip&utm_medium=referral



The same LGBQT use of COD or Cash on Delivery; Where Kellie's "Attempt was poisoning intended to look like "Suicide." Detective Moore a Sheriff's Detective whose "Job" is to prevent "Crime" continues this "Threat" of Suicide/Murder towards the plaintiff by inflicting and motivating attacks/attempts toward the plaintiff from the entire LGBQT community observed in the multiple active lawsuits, however nothing has been done about criminal acts toward the plaintiff. In the same mindset, and LGBQT Code.

Detective Moore follows (continuing attempts) through with Kellie Pickler's intentions below. An active lawsuit where the plaintiff was poisoned at the Country Music Awards. Cash on Delivery for 22 and Cash on Delivery for killing Sean DeBevoise AFTER everything he has already endured.

Further discoveries support this case. Entail the overlooked anagrams within the defendant's and former defendant's husband's names revealed below. Detective Moore understood this communication prior to the plaintiff's understanding of it. The plaintiff knew he was "Poisoned" prior to this case, the discovery of Kyle Jacobs into LGBQT phonetically into "Killa COD or Cash on Delivery" follows in suit with Detective Moores threat against the plaintiff for 22(suicide). These are the dangers. That AGAIN "Authorities" not only failing the public but participating into "Terrorist activities and threats."

### Anagrams following LGBQT code throughout this case

### Kellie Pickler- (phenetic LGBQT) Kill-a-real-dick

### Kyle Jacobs- (phenetic LGBQT) Kill-a Cash-on-Delivery

The Plaintiff was invited to the CMA's by "Kyle Jacobs and Kellie Pickler" = LGBQT translate= "Cash on Delivery, DNA (White Supremacist/pedophiles) Kill-A-Real Dick." Referencing the entire reason, the plaintiff is in this situation; because he is "Endowed" and was unknowingly used in Epstein's MASS O(ring) unknowingly.

In the discovery of the explained LGBQT Civil Conspiracy responsible for "Human Trafficking" the plaintiff, it follows in suit with LGBQT Code, strengthening this case.

---

Since the Abu Ghraib Scandal, Epstein Scandal, the "Global War on Terror," was RUN by "Cooperating Authorities" Proven throughout this case. Using LGBQT code in a PUBLIC PUBLISHED NEWSPAPERS to communicate the murder, desecration of and use of a perfectly good(innocent) man as a "Drug Mule," rapped after being raised to be specifically used for child pedophilia and buried alive by the men and Country he was expected to trust.

Upon the Conclusion of the "Abu Ghraib Scandal," authorities knew of this code that they were using to commit terrorism without informing the Plaintiff, allowing a "Terrorist Organization" to continue further "Attempts" to murder (86) the plaintiff using "Poison." Terrorism by the ones "Supporting Terrorism/Pedophilia" as a Two-faced betrayal, attempting media attention, at the same time attempting to sabotage/murder in various ways, benefitting the ENTERTAINMENT INDUSTRY.

*Nigel Edge*  8/7/25

# The Journal News
## White Plains, New York • Sat, Mar 25, 2006
## Page 8

*Handwritten annotations (red ink):*
- WAR 1/4 (ONE FOR)
- EVIL "O" (RING) PE READ PRAY, (Kill) READ RAPE MULE (Drug transport)
- MULE READ PRAY | Sold to | EVIL O (RING) PE READ

# Vanderbilt lumberyard sold to developer

**VANDERBILT, from 1B**

Bevoise, who became business partners in 1895 with Vanderbilt and Billy DeBevoise's great-grandfather.

"I hope they have a successful business, stay and last for another five generations," DeBevoise said of the Willows family's new business.

Willows' son, Mike, 22, hopes so, too.

"I was hoping down the road one day, if we do well, one day maybe I could take it over," said Mike Willows, a recent College of New Jersey graduate with a bachelor's degree in communications.

Vanderbilt's history is a reflection of New City's. It first served as a post office and grocery store, selling coal and livestock feed when New City was mostly a farm town. It expanded as the community did.

New City's population grew with the construction of the New York State Thruway and the Palisades Interstate Parkway, Clarkstown historian Robert Knight said. In the mid-20th century, the store began to focus on hardware and building supplies, including lumber.

"They were right in the heart of everything," Knight said. "They initially supplied all of the lumber and building materials for all of the new housing after World War II."

Caliber Builders Inc. has proposed luxury condominiums for senior citizens at the 5-acre property, which is still the site of the New City train station.

At a time when Clarkstown officials are seeking to revitalize downtown New City, the owner of the old Bradlees shopping center in New City, Alfred Weissman of MAK Development Corp. in Englewood Cliffs, N.J., intends to acquire the station, restore it and create a railroad motif at the plaza.

Willows, who has worked for the DeBevoise family for 37 years and whose new store is adjacent to the plaza said, "It'll be nice to see it there."

Reach Christina Jeng at cjeng@lohud.com or 845-578-2497.



Joe Termini of Congers, right, a longtime customer, says goodbye to William "Billy" DeBevoise, owner of Vanderbilt's for the past 43 years.
Vincent DiSalvio/The Journal News

*Handwritten annotations (red ink):*
- We-low (LGBQT)
- Hopes 22 (suicide)
- Joe Termini of Congers (Queer Cons)
- I ENO NEAS (SEAN)
- SEAN DEBEVOISE
- NEAS DED VOY SE
- DEED GOING TO SEE
- "GOING TO SE NEAS DEAD (SEAN)




# Vanderbilt lumberyard to close 2



William "Billy" DeBevoise has owned and operated Vanderbilt Lumber in New City for the past 43 years. The historic family-owned business has been around since 1869.

Vincent DiSalvio/The Journal News