# United States District Court
# Eastern District of North Carolina
# Nigel Max Edge
# In RE



FILED
AUG 29 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Case No. 7:25-CV-203-BO

Adv. Proc. No.

---

Veteran's Affairs

---

| Nigel Max Edge | |
|---|---|
| Vs. | Case #7:25-CV-370-BO |
| Veteran's Affair's (United States) | Affidavit |

1. Date of Issuance of Summons; January 7, 2025

2. The Standard deadline for response by answer or motion is 30 days from Service of the Complaint.

3. Filing of Complaint- January 1, 2025

Service of the Complaint- January 10, 2025

4. Filing of Affidavit of Service- August 29, 2025

5. The court nor the plaintiff have received a motion or answer to the filed complaint within the time limit fixed by the court.

1

6. The Defendant to this case is not serving in the military or armed forces.

7. The defendant to this case is not an infant or incompetent person.

*Nijel Edge* 8/29/2025