FILED: February 19, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2278
(7:25-cv-00370-BO-RJ)

_____

NIGEL MAX EDGE

     Plaintiff - Appellant

v.

KELLIE PICKLER

     Defendant - Appellee

_____

M A N D A T E

_____

The judgment of this court, entered January 28, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*